IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ANDREA TURNER, ON BEHALF OF
HERSELF AND ALL OTHERS SIMILARLY
SITUATED                                                                                                  PLAINTIFFS

VS.                                                         CIVIL ACTION NO.: 5:23-CV-74-DCB-BWR

ALFORD, HOLLOWAY & SMITH, PLLC                                                DEFENDANT

**ORDER GRANTING UNOPPOSED MOTION TO SEAL**
**EXHIBITS TO THE DECLARATION OF ANDREW GRICE**

Before the Court is the Unopposed Motion to Seal Exhibits to the Declaration of Andrew Grice [Doc. 49] of Defendant Alford, Holloway & Smith, PLLC ("AHS"). AHS represents to the Court in its Unopposed Motion that Exhibits 1 and 2 attached to the Declaration of Andrew Grice [Doc. 47-1] contain confidential personal identifiable information regarding the alleged members of the alleged putative class and that the two exhibits should be sealed from public access but available for review and consideration by the Court and counsel for the parties on CM/ECF. Having reviewed the Unopposed Motion and the specific reasons given for the request to seal, the Court finds the reasons to be clear and compelling and further finds the request to seal only <u>Exhibits 1 and 2</u> to the Declaration of Andrew Grice [Doc. 47-1] narrowly tailored to serve those reasons. The Court wishes to clarify that the Declaration of Andrew Grice, [Doc. 47-1] at 1-4, shall not be sealed from public access. The only two documents that may be conventionally filed and sealed from public access under this Order are <u>Exhibits 1 and 2</u> to said Declaration of Andrew Grice. Accordingly, the Unopposed Motion to Seal Exhibits to the Declaration of Andrew Grice [Doc. 49] is hereby GRANTED.

It is further ORDERED that the Clerk of Court shall file, pursuant to Local Uniform Rule 79(e)(3)(B)(2), as restricted access to case participants and Court users only, <u>Exhibits 1 and 2</u> to Exhibit A [Doc. 47-1] to Defendant Alford, Holloway & Smith, PLLC's Renewed Motion to Dismiss for Lack of Subject Matter Jurisdiction [Doc. 47].

It is further ORDERED that Defendant shall submit to the Clerk of Court a Notice of Conventional Filing along with the two exhibits to be filed with restricted access.

SO ORDERED this 29th day of August 2024.

                                                                                     /s/    David Bramlette_____
                                                    UNITED STATES DISTRICT JUDGE