```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                         WESTERN DIVISION
```

ANDREA TURNER on behalf of herself
and all others similarly situated                          PLAINTIFF

v.                          CIVIL ACTION NO.: 5:23-cv-00074-DCB-BWR

ALFORD, HOLLOWAY, & SMITH, PLLC                            DEFENDANT

## FINAL JUDGMENT

This cause having come before the Court on Defendant's Renewed Motion to Dismiss for Lack Of Subject Matter Jurisdiction under Federal Rule of Civil Procedure 12(b)(1) and (h)(3), [ECF No. 47], and the Court, having granted the Motion and thereby denying Plaintiff's claims:

ACCORDINGLY,

IT IS HEREBY ORDERED AND ADJUDGED that final judgment in favor of Defendant is entered pursuant to Federal Rule of Civil Procedure 58.

SO ORDERED this the 14th day of March 2025.

                                          /s/  David Bramlette
                                    UNITED STATES DISTRICT JUDGE